UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
IN ADMIRALTY

| | |
|---|---|
| THE PROVIDENT BANK, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | No. |
| ) | |
| CSC, INC., a Delaware corporation, ) | |
| And CHARLES S. CRESENZO ) | |
|     Defendants. ) | |

## **COMPLAINT**

Now comes plaintiff, THE PROVIDENT BANK as holder of a maritime lien hereinafter described, and files this Complaint against the defendants, CSC, INC., a Delaware Corporation and CHARLES S. CRESENZO and alleges as follows:

1. The matter in controversy between the parties is for an amount in excess of Seventy-Five Thousand U.S. Dollars (US $75,000.00), exclusive of interest and costs. Jurisdiction is founded on 46 U.S.C. Section 31325.

2. Plaintiff, THE PROVIDENT BANK, is a corporation formed under the laws of the State of Delaware. Its principal place of business is in New Jersey.

3. Defendant, CHARLES S. CRESCENZO is a resident of the State of Illinois residing at 12921 W. Baker Road, Manhattan, IL 60442.

4. Defendant, CSC, INC., is a Delaware corporation with an address of 12921 W. Baker Road, Manhattan, IL 60442.

5. Defendant, CSC, INC., became indebted to First Commercial Corporation of America, in the principal amount of $350,250.00 for the purchase of a 1994 57' 10" Sea Ray Vessel, Model Sedan Bridge, Hull #SERY0098L394, which debt was payable in accordance with a New Jersey Promissory Note and Security Agreement executed

on December 1, 2001. A copy of the Note and Security Agreement with Additional Terms is attached hereto as **Exhibit A**.

6. Said note contained a provision by which defendant, CHARLES S. CRESCENZO, personally guaranteed the performance of said note. See paragraph 2 of the Additional Terms Exhibit A.

7. On December 13, 2001, First Commercial Corporation of America assigned said Promissory Note and Security Agreement to Plaintiff, THE PROVIDENT BANK. A copy of this Assignment is attached hereto as **Exhibit B**.

8. To secure payment of said indebtedness and interest thereon, defendant, CSC, INC., by its president, defendant Charles S. Crescenzo, executed and delivered to Plaintiff, THE PROVIDENT BANK, a Preferred Mortgage of Vessel, dated December 3, 2001, on the identified Vessel. A copy of the Preferred Mortgage of Vessel is attached hereto as **Exhibit C**.

9. Plaintiff, THE PROVIDENT BANK, owns and holds the New Jersey Promissory Note and Security Agreement and the Preferred Mortgage of Vessel.

10. On or about October 1, 2009, defendant CSC, INC., and guarantor, Charles S. Crescenzo, defaulted by failing to make the installment payments due on the New Jersey Promissory Note and Security Agreement and Preferred Mortgage of Vessel.

11. The New Jersey Promissory Note and Security Agreement provides that Plaintiff, THE PROVIDENT BANK, may demand full payment if timely payments are not made. *(See Paragraph entitled "Default and Acceleration" of the New Jersey Promissory Note.)*

12. Additionally, the New Jersey Promissory Note, and Security Agreement and Preferred Mortgage of Vessel provide that Plaintiff, THE PROVIDENT BANK, has the right to repossess the Vessel in the event of default. *(See Clause entitled "<u>Default and Acceleration</u>" of the New Jersey Promissory Note and Security Agreement.)*

13. Accordingly, pursuant to the Promissory Note, and Preferred Mortgage, Plaintiff, THE PROVIDENT BANK, repossessed the 57'10" Sea Ray Vessel, Model Sedan Bridge, Hull #SERY0098L394, and notified defendants, CSC, INC. and CHARLES S. CRESCENZO, of its plan to sell the vessel. A copy of the notice dated March 13, 2010, is attached hereto as **Exhibit D**.

14. The sale of the Vessel, was finalized on March 9, 2010, as evidenced by the memorandum dated February 21, 2011, from 1ST Commercial Corporation of America. A copy of that memorandum is attached as **Exhibit E**.

15. Pursuant to the New Jersey Promissory Note and Security Agreement and Preferred Mortgage of Vessel, the proceeds from the sale of the vessel were applied to defendants, CSC, INC., and CHARLES S. CRESCENZO's, debt and reduced the amount of the debt to $233,853.90 US Dollars. (See correspondence dated February 25, 2010, which calculates the Defendants' deficiency balance as of March 29, 2010. A copy of the correspondence is attached hereto as **Exhibit F**.

16. As of April 25, 2011, defendants, CSC, INC., and CHARLES S. CRESCENZO, will owe Plaintiff, THE PROVIDENT BANK, the total amount of $235,813.87, plus accruing interest after that date at the *per diem* rate of $46.78.

17. Defendants, CSC, INC., and CHARLES S. CRESCENZO agreed to pay an additional 15% of the amount due and owed as reasonable attorney fees incurred by

Plaintiff, THE PROVIDENT BANK, in the collection of the amount due with the New Jersey Promissory Note and Security Agreement. *(See clause entitled "Default and Acceleration" of the New Jersey Promissory Note and Security Agreement.)*

WHEREFORE, Plaintiff, THE PROVIDENT BANK, prays as follows:

A. That judgment be entered for Plaintiff, THE PROVIDENT BANK, against defendants, CSC, INC. and CHARLES S. CRESCENZO, for the debt evidenced by the New Jersey Promissory Note and Security Agreement and Preferred Mortgage of Vessel in the amount of $235,813.87, plus accruing interest after April 30, 2010, at the *per diem* rate of $46.78, attorneys' fees of 15% of said $235,813.87 plus accrued interest after April 30, 2011, costs, and expenses;

B. That Plaintiff receive such other and further relief as this Court may deem just and proper.

                                          THE PROVIDENT BANK

                                          /s/John A. Goudge
                                          By one of its attorneys

Martin P. Greene
John A. Goudge
Greene and Letts
111 W. Washington St., Suite 1650
Chicago, IL 60602
312/346-1100
X:\PROVIDENT BANK-CRESCENZO 0173-00001\PLEADING\complaint-Provident-CSC 3-28-11.docx